IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
OCT 2 8 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| Plaintiff, | § § § | |
| v. | § § | No. EP-13-M-4789-ATB |
| **FERNANDO GUERRERO,** | § § | |
| Defendant. | § § | |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. Defendant is charged with a violation of the Controlled Substances Act which carries a term of imprisonment of over ten (10) years.

2. Defendant was arrested with approximately 331.9 pounds of Marijuana.

3. Defendant is a United States citizen, but lives in Ciudad Juarez, Chihuahua, Mexico, and, as such, presents a high risk of fleeing to avoid prosecution on this charge.

4. The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
STEVEN R. SPITZER
Assistant U.S. Attorney
Texas Bar #00797480
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884