**JUDGE KATHLEEN CARDONE**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**FILED**

2013 NOV 20 PM 12: 39

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | CRIMINAL NO. |
| Plaintiff, | § § | |
| v. | § § | **INDICTMENT** |
| FERNANDO GUERRERO, | § § § | CT 1: 21:952(a)-Importation of a Controlled Substance; |
| Defendant. | § § § § | CT 2: 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute |

THE GRAND JURY CHARGES:

**EP13CR2463**

**COUNT ONE**
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(2)(G))

That on or about October 25, 2013, in the Western District of Texas, Defendant,

**FERNANDO GUERRERO,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(G).

## COUNT TWO
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(vii))

That on or about October 25, 2013, in the Western District of Texas, Defendant,

**FERNANDO GUERRERO,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney