AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

UNITED STATES OF AMERICA

v.

Fernando Guerrero, TN: FERNANDO GUERRERO III

Defendant.

Case Number   EP:13-CR-2463-KC
USM Number   27137-380

**FILED**
2014 APR 28 AM 10: 15
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, Fernando Guerrero, TN: FERNANDO GUERRERO III, was represented by Shane Michael McMahon.

On motion by the United States, the Court has dismissed the Indictment.

The defendant pled guilty to Count(s) One (1) of the Amended Information on February 18, 2014. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
|---|---|---|---|
| 18 U.S.C. 371 and 31 U.S.C. 5332 | Conspiring to smuggle bulk cash | October 25, 2013 | One (1) |

As pronounced on April 23, 2014, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the ___23rd___ day of April, 2014.

_Kathleen Cardone_
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

ON 4-23-14 SUBJECT
REL TO: _____
R. ALMONTE, USM
BY: _____