# UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TEXAS**

FILED
2016 APR 18 PM 3:07
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## Report on Offender Under Supervision

**Name of Offender:** Fernando Guerrero, TN: Fernando Guerrero III

**Case Number:** EP-13-CR-2463-KC

**Name of Sentencing Judicial Officer:** Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:** April 23, 2014

**Original Offense:** Conspiring to smuggle bulk cash, in violation 18 U.S.C. § 371 and 31 U.S.C. § 5332

**Original Sentence:** Five (5) Years Probation

**Type of Supervision:** Probation

**Date Supervision Commenced:** April 23, 2014

## PREVIOUS COURT ACTION

A Request for Summons and Modification of the Conditions or Term of Supervision was submitted on June 2, 2014, due to Guerrero providing a urine specimen that tested positive for marijuana. In addition, Guerrero provided false information regarding his residential status. On September 2, 2014, a Status Hearing was held, and Guerrero was ordered to attend mental health treatment, substance abuse treatment, and AA/NA meetings. He was allowed to continue on supervision. No further action taken.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number 1:** The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test with 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendants's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

> **Nature of Noncompliance:** On March 7, 2016, Guerrero submitted a urine specimen that yielded positive for marijuana. Guerrero has denied any use of illicit substances.

**U.S. Probation Officer Action:**

Guerrero maintains he did not use marijuana. It should be noted that the urine specimen was confirmed positive for marijuana by a second drug testing laboratory. Guerrero was placed back on drug testing, his co-occurring therapy was increased and he will be referred to Moral Reconation Therapy (MRT) groups. In addition, he will also be required to attend AA/NA groups on a weekly basis. No action is requested at this time.

Respectfully submitted,

Magdalena Chaparro
U.S. Probation Officer
Office (915) 585-6586
Cellular (915) 861-8892
Date: April 12, 2016

Approved by,

Otis L. Martin
Supervising U.S. Probation Officer
Office (915) 585-6563
Cellular (915) 861-8288

---

**COURT ACTION RECOMMENDED:**

[X] Concur with above action

[ ] No action

[ ] Submit a Petition for Warrant or Summons

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Other:

Kathleen Cardone, U.S. District Judge

April 15, 2016
Date